STIP
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
gabriel@grassodefense.com
Attorney for ORR-HUGHES

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SARAH ORR-HUGHES, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:18-mj-00823-VCF <br><br> STIPULATION TO CONTINUE <br> PRELIMINARY EXAMINATION <br><br> (SECOND REQUEST) |

IT IS STIPULATED between the defendant SARAH ORR-HUGHES through her attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through BRANDON JAROCH, Assistant United States Attorney, that the Preliminary Examination currently scheduled for November 5, 2018, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient to this court but not earlier than thirty (30) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. There have been one previous continuances granted to the defense in this case.
2. The parties are in Pre-Indictment plea negotiations and will require an additional 30 days to attempt to resolve this matter.
3. The defendant is on Pretrial Release and does not object to a continuance of the preliminary hearing.
4. Denial of this request for continuance would deny defense counsel sufficient time to be able to appear at the motion to withdraw, taking into account the exercise of due diligence.

5. Also, denial of this request or continuance would result in a miscarriage of justice.
6. This is the second request for a continuance of the preliminary hearing date.

DATED this 1 day of November, 2018.

RESPECTFULLY SUBMITTED BY:

*/s/Brandon Jaroch*  
BRANDON JAROCH  
Assistant United States Attorney

*/s/ Gabriel L. Grasso*  
GABRIEL L. GRASSO  
Attorney for ORR-HUGHES

```
 1  STIP
    GABRIEL L. GRASSO, ESQ.
 2  State Bar Number 7358
    9525 Hillwood Drive, Suite 190
 3  Las Vegas, Nevada 89134
    (702) 868-8866
 4  gabriel@grassodefense.com
    Attorney for ORR-HUGHES
 5
```

                    UNITED STATES DISTRICT COURT

                  IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:18-mj-00823-VCF |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| SARAH ORR-HUGHES, | ) | PRELIMINARY EXAMINATION |
| | ) | |
| Defendant. | ) | (SECOND REQUEST) |
| | ) | |

### **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The parties seek additional time for pre-indictment plea negotiations.
2. The defendant does not object to a continuance of the preliminary hearing.

### **CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny counsel the ability to explain his reasons for withdraw to the Court.
2. Additionally, denial of this request for continuance would result in a miscarriage of justice.
3. For all of the above stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing date.

4. The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

5. This is the second request for a continuance.

## ORDER

**IT IS ORDERED** that the PRELIMINARY EXAMINATION hearing currently scheduled for November 5, 2018, at 4:00 p.m., be vacated and continued to December 6, 2018 at 4:00 PM.

DATED this 2nd day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE